# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Old Case No: 12-cv-1168 AWI- BAM<br>New Case No: 12-cv-1168 AWI-MJS |
| Plaintiff, | **ORDER TO RECUSE MAGISTRATE JUDGE AND TO REASSIGN TO ANOTHER MAGISTRATE JUDGE** |
| vs. | |
| NEIL TANTINGCO, *et. al.*, | |
| Defendants. | |

On the basis of good cause, United States Magistrate Judge Barbara A. McAuliffe recuses herself from all future proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge. The new case number shall be **1:12cv1168 AWI-MJS**. All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   July 18, 2012              /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE

1