1  KATHRYN KENEALLY
   Assistant Attorney General
2
   BORIS KUKSO
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C.  20044-0683
   Telephone:     (202) 353-1857
6  Facsimile:     (202) 307-0054
   E-mail:        boris.kukso@usdoj.gov
7                 western.taxcivil@usdoj.gov

8  BENJAMIN B. WAGNER
   United States Attorney
9  *Of Counsel*

10
   Attorneys for the United States of America
11

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                    EASTERN DISTRICT OF CALIFORNIA

14 | BANK OF NEW YORK MELLON | ) | Civil No. 1:12-cv-1168-AWI-MJS |
   |                        | ) |                                |
15 |                        | ) | STIPULATION AND ORDER TO CONTINUE |
   |                Plaintiff, | ) | JOINT SCHEDULING CONFERENCE |
16 |                        | ) |                                |
   |            v.          | ) |                                |
17 |                        | ) | Date: October 18, 2012, 2012   |
   | TANTINGCO et al.       | ) | Time: 11:30am                  |
18 |                        | ) | Courtroom #6                   |
   |              Defendants. | ) | MICHAEL J. SENG              |
19 |                        | ) | US MAGISTRATE JUDGE            |

20

21     Pursuant to the Minute Order of July 19, 2012, the parties are ordered to attend a Scheduling

22 Conference currently set for October 18, 2012.

23     Because Plaintiff and the United States are working on a resolution of this case, and because not

24 all Defendants have been served, Plaintiff and the United States request that the Joint Scheduling

25 Conference be continued by 60 days.

26

27     IT IS HEREBY STIPULATED, by and between Plaintiff and the United States, by and through

28

1 their respective counsel, that:

2     The Scheduling Conference in this action, previously scheduled for October 18, 2012, should be continued by 60 days to such time and date as may be set by the Court, and that the Joint Scheduling Report be due one week prior to that date.

DATED: October 15, 2012.

    KATHRYN KENEALLY
    Assistant Attorney General

    By:
      /s/ Boris Kukso
    BORIS KUKSO
    Trial Attorney, Tax Division
    U.S. Department of Justice

    BENJAMIN B. WAGNER
    United States Attorney

    Attorneys for the United States

Dated: October 15, 2012

    /s/ Matthew D. Owdom (on file)
    MATTHEW D. OWDOM, Esq.
    Law Offices of Michael J. Lampe
    108 West Center Avenue
    Visalia, California 93291

    Attorneys for Plaintiff

**ORDER**

The Court having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this action is continued to January 3, 2013 at 11:00 a.m. is Courtroom 6 (MJS), and a Joint Scheduling Report shall be filed one full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   October 15, 2012      /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE