KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 353-1857
Facsimile:	(202) 307-0054
E-mail:	boris.kukso@usdoj.gov
	western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON | ) | Civil No. 1:12-cv-1168-AWI-MJS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE |
| | ) | |
| v. | ) | |
| | ) | Date: October 18, 2012, 2012 |
| TANTINGCO et al. | ) | Time: 11:30am |
| | ) | Courtroom #6 |
| Defendants. | ) | MICHAEL J. SENG |
| | ) | US MAGISTRATE JUDGE |

Pursuant to the Minute Order of July 19, 2012, the parties are ordered to attend a Scheduling Conference currently set for October 18, 2012.

Because Plaintiff and the United States are working on a resolution of this case, and because not all Defendants have been served, Plaintiff and the United States request that the Joint Scheduling Conference be continued by 60 days.

IT IS HEREBY STIPULATED, by and between Plaintiff and the United States, by and through

their respective counsel, that:

The Scheduling Conference in this action, previously scheduled for October 18, 2012, should be continued by 60 days to such time and date as may be set by the Court, and that the Joint Scheduling Report be due one week prior to that date.

DATED: October 15, 2012.

    KATHRYN KENEALLY
    Assistant Attorney General

    By:
      /s/ Boris Kukso
    BORIS KUKSO
    Trial Attorney, Tax Division
    U.S. Department of Justice

    BENJAMIN B. WAGNER
    United States Attorney

    Attorneys for the United States

Dated: October 15, 2012

      /s/ Matthew D. Owdom (on file)
    MATTHEW D. OWDOM, Esq.
    Law Offices of Michael J. Lampe
    108 West Center Avenue
    Visalia, California 93291

    Attorneys for Plaintiff

**ORDER**

The Court having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this action is continued to January 3, 2013 at 11:00 a.m. is Courtroom 6 (MJS), and a Joint Scheduling Report shall be filed one full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   October 15, 2012      /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE