Michael J. Lampe  #82199
Michael P. Smith  #206927
Matthew D. Owdom #258779
Law Offices of Michael J. Lampe
108 West Center Avenue
Visalia, California 93291
Telephone (559) 738-5975
Facsimile (559) 738-5644

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, as Trustee for the Certificate Holders CWALT, Inc., Alternative Loan Trust 2006-HY11, Mortgage Pass-Through Certificates, Series 2006-HY11,<br><br>Plaintiff,<br><br>vs.<br><br>NEIL TANTINGCO; MELANIE TANTINGCO; THE UNITED STATES OF AMERICA; THE STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, a public entity,<br><br>Defendants. | Case No. 1:12-cv-1168-AWI-MJS<br><br>STIPULATION AND REQUEST FOR ORDER OF DISMISSAL AND ORDER THEREON |

On November 27, 2012, the following stipulation was filed:

Due to the recordation of a certificate of release of the notice of federal tax lien at issue in the above-captioned action, the parties having appeared in this action respectfully request, by way of stipulation, that the action be dismissed without prejudice, each party to bear its own costs and attorneys fees.

---
STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: November 27, 2012 | /s/ Matthew D. Owdom   #258779 |
| 2 | | LAW OFFICES OF MICHAEL J. LAMPE |
| | | Attorneys for Bank of New York |
| | | By: Matthew D. Owdom |

Dated: October 27, 2012          /s/ Boris Kukso
                                 BORIS KUKSO
                                 Trial Attorney, Tax Division
                                 U.S. Department of Justice

## ORDER

Good cause appearing, it is hereby ORDERED that the above-captioned action be dismissed, without prejudice, with each party to bear its own costs and attorney's fees pursuant to stipulation.

IT IS SO ORDERED.

Dated:   November 27, 2012

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

2